# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DEREK CEASAR,** *Plaintiff,* | CIVIL ACTION |
| v. | No.   21-1643 |
| **CORIZON HEALTH, INC., et al.** *Defendants.* |  |

## ORDER

**AND NOW**, this 7th day of **February 2022**, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 21), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

The matter is therefore **DISMISSED WITH PREJUDICE** on all remaining counts.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE

1